IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. SCHMOUTZ | : | ELECTRONICALLY FILED |
| Plaintiff, | : : : | |
| | : | Civil Action No. 2:23-CV-0028-NR |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : : : : | THE HONORABLE J. NICHOLAS RANJAN |
| Defendant. | : | |

**STIPULATION FOR DISMISSAL**

As evidence below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed with prejudice, each party to bear their own fees and costs.

Dated:  January 30, 2023

*/s/      Francis M. Moore*
Francis M. Moore (60039)
**MANSMANN & MOORE**
304 Ross Street, Suite 600
Pittsburgh, PA  15219
(412) 232-0661
fmoore@mansmann-moore.com

*Attorney for Plaintiff
David A. Schmoutz*

*/s/      Brian P. Downey*
Brian P. Downey (PA 59891)
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
100 Market Street, Suite 200
Harrisburg, PA 17101
(717) 255-1155
brian.downey@troutman.com

*Attorney for Defendant
Hartford Life and Accident Insurance Company*

**APPROVED BY THE COURT:**

_____
J. NICHOLAS RANJAN
United States District Court Judge